| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Joel Smith Hinckley** | Social Security number or ITIN | xxx–xx–2712 |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Utah** | | Date case filed for chapter **7**: | **12/20/19** |
| Case number:  **19–29295  WTT** | | | |

Official Form 309A (For Individuals or Joint Debtors) (12/15)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joel Smith Hinckley | |
| 2. | **All other names used in the last 8 years** | dba Hinckley Ventures Inc., dba I DAG J3–1 dba Edible Arrangements, dba Edible Arrangements – 1392, dba I DAG J3–2 dba Edible Arrangements, dba Edible Arrangements – 367, dba NNN Advisor, L.L.C., dba I DAG J3–3 dba Edible Arrangements, dba NNN Advisor, ... | |
| 3. | **Address** | 997 Sage Creek Court<br>Heber City, UT 84032 | |
| 4. | **Debtor's attorney**<br>Name and address | George B. Hofmann<br>Cohne Kinghorn PC<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111 | Contact phone (801) 363–4300<br><br>Email: ghofmann@ck.law |
| 5. | **Bankruptcy trustee**<br>Name and address | J. Kevin Bird tr<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058 | Contact phone (801) 426–4700<br><br>Email: jkevinbird@birdfugal.com |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**
Date Generated: 1/3/20                                                                                                                       **For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court  District of Utah  350 South Main #301  Salt Lake City, UT 84101  Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday  Contact phone: (801) 524–6687  Website: www.utb.uscourts.gov |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:  **January 27, 2020 at 10:30 AM**  Location:  **Provo City Library, Academy Square, 550 N. University Ave., Provo, UT 84601** |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise.  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/27/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re:
Joel Smith Hinckley
     Debtor

Case No. 19-29295-WTT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: fsl     Page 1 of 1     Date Rcvd: Jan 03, 2020
                       Form ID: 309A    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.

```
db            +Joel Smith Hinckley,    997 Sage Creek Court,    Heber City, UT 84032-4227
11510671      +Amsource,    Attn: Barbara Tschaggeny,    358 South Rio Grande, Suite 200,
               Salt Lake City, UT 84101-1143
11510672      +Armstrong Capital Development,    Attn: Brian Armstrong,    4643 South Ulster Street, Suite 240,
               Denver, CO 80237-2690
11510673      +Barbara Waldeman,    1252 W Province Way,    Saint George, UT 84770-7161
11510675      +CenterCal,    c/o J. David Anderson,    140 N. Union Avenue, Suite 225,
               Farmington, UT 84025-2954
11510678      +Heather and Paul Kessler,    PO Box 365,    Stockton, UT 84071-0365
11510680      +Howland Partners,    9450 South Redwood Road,    South Jordan, UT 84095-9320
11510679      +Howland Partners,    Attn: Scott Allen,    9450 South Redwood Road,    South Jordan, UT 84095-9320
11510683       PennyMac USA,    PO Box 30597,    Los Angeles, CA 90030-0597
11510684      +Tony Lang,    Faithful Franchised Brands,    558 Castle Pines Parkway,
               Castle Rock, CO 80108-4608
11510685      +Utah Community Credit Union,    1900 North Canyon Road,    Provo, UT 84604-1664
11510686      +Vestar,    c/o Dewey Richardson,    3601 S. Constitution Blvd., Suite G128,
               Salt Lake City, UT 84119-3792
11510687      +Wells Fargo, N.A.,    100 West Washington Street,    22nd Floor,    Phoenix, AZ 85003-1822
11510688      +Woodbury Corporation,    2733 East Parleys Way,    Suite 300,    Salt Lake City, UT 84109-1661
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: ghofmann@ck.law Jan 04 2020 01:34:21      George B. Hofmann,    Cohne Kinghorn PC,
               111 East Broadway,    11th Floor,    Salt Lake City, UT 84111
tr            +EDI: FJKBIRD Jan 04 2020 06:28:00      J. Kevin Bird tr,    Bird & Fugal,    384 East 720 South,
               Suite 201,    Orem, UT 84058-6320
11510674      +EDI: CAPITALONE.COM Jan 04 2020 06:28:00      Capital One,    Attn: General Correspondence,
               PO Box 30285,    Salt Lake City, UT 84130-0285
11510676       EDI: CHASE.COM Jan 04 2020 06:28:00      Chase Bank USA, N.A.,    Cardmember Service,
               P.O. Box 94014,    Palatine, IL 60094-4014
11510677       EDI: CITICORP.COM Jan 04 2020 06:28:00      Citibank / Choice,    PO Box 9001037,
               Louisville, KY 40290-1037
11510681      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Jan 04 2020 01:35:19      Kabbage,
               730 Peachtree Street,    Suite 1100,    Atlanta, GA 30308-1263
11510682      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 04 2020 01:34:57
               Key Bank National Association,    Collections / Bankruptcy,    4910 Tiedeman Road,
               Cleveland, OH 44144-2338
11511287      +EDI: RMSC.COM Jan 04 2020 06:29:00      Synchrony Bank,
               Care of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:

```
              George B. Hofmann    on behalf of Debtor Joel Smith Hinckley ghofmann@ck.law,
               dhaney@ck.law;mparks@ck.law
              J. Kevin Bird tr    jkevinbird@birdfugal.com,
               kbird@ecf.epiqsystems.com;kbtrustee@aol.com;melanie@birdfugal.com;jkb@trustesolutions.net
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                              TOTAL: 3
```